DEBORAH M. SMITH
Acting United States Attorney

EVE C. ZAMORA
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
MN Bar: 0297859
Eve.zamora@wainwright.army.mil

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>    v.<br><br>**DERRICK LORENZO STEVENSON**,<br><br>    Defendant | Case Number:<br><br>**COUNT ONE**<br>Simple Possession of a Controlled Substance<br>(Class A Misdemeanor)<br>Violation of 21 U.S.C. § 844 |

## I N F O R M A T I O N

The United States Attorney Charges:

### COUNT I

That on or about the 31st day of October, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, DERRICK LORENZO STEVESON, did knowingly or intentionally possess a controlled substance, in violation of 21 U.S.C. § 844.

Dated this ___ day of June, 2006, at Fort Wainwright, Alaska.

                                DEBORAH M. SMITH
                                Acting United States Attorney

                                s/ Eve C. Zamora
                                EVE C. ZAMORA
                                Special Assistant U.S. Attorney
                                101 12th Avenue, Room 310
                                Fairbanks, Alaska 99701
                                Telephone: (907)353-6561/6510
                                Fax:(907)353-6501
                                MN Bar:  0297859