M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DERRICK LORENZO STEVENSON,<br><br>            Defendant. | Case No. 4:06-cr-0025-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR TWO-DAY CONTINUANCE OF PRETRIAL MOTIONS DEADLINE** |

   Defendant, Derrick Lorenzo Stevenson, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a two-day continuance of the pretrial motion deadline in the above-styled case.  The motions deadline is currently set for Thursday, August 17, 2006.  Mr. Stevenson requests that the court extend the deadline until Monday, August 21, 2006.

   This extension is necessary because undersigned counsel needs the additional time to investigate the circumstances surrounding the traffic stop in this case.  This investigation took longer than anticipated as counsel is located in Anchorage and the events occurred in Fairbanks.  In addition, undersigned had several unanticipated events

occur in other cases on the Anchorage calender. The demands of business have prevented counsel from completing the research necessary to finalize Mr. Stevenson's pretrial motions.

Thus, in order to provide Mr. Stevenson with effective assistance of counsel under the Fifth and Sixth Amendments of the United States Constitution, he requests that the court extend the pretrial motions deadline by two days.

This motion is unopposed by Special Assistant United States Attorney Eva Zamora.

DATED this 17th day of August 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on August 17, 2006,
a copy of the foregoing document,
with attachments, was served electronically
on:

Eve C. Zamora, Esq.

/s/ M. J. Haden

*United States v. Derrick Lorenzo Stevenson*                                                                                        Page 2
Case No. 4:06-cr-0025-TWH