UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DERRICK LORENZO STEVENSON,<br><br>        Defendant. | Case No. 4:06-cr-0025-TWH<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Unopposed Motion on Shortened Time for Two-Day Continuance of Pretrial Motions Deadline, the court GRANTS/DENIES the motion. The pretrial motion deadline currently set for Thursday, August 17, 2006, is hereby extended to close of business on Monday, August 21, 2006.

DATED _____, 2006, in Fairbanks, Alaska.


_____
TERRANCE W. HALL
UNITED STATES MAGISTRATE JUDGE