M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DERRICK LORENZO STEVENSON,<br><br>                    Defendant. | Case No. 4:06-cr-0025-TWH<br><br>**MOTION TO SUPPRESS EVIDENCE<br>AND STATEMENTS** |

       Derrick Lorenzo Stevenson, by and through counsel M. J. Haden, Staff Attorney, asks the court to suppress all evidence derived from the unauthorized traffic stop, as he was stopped and then searched in violation of the Fourth Amendment.

       This motion is submitted pursuant to the Fourth Amendment, Fed. R. Crim. P. 12(b), D. Alaska Loc. R. 7.1, and is based upon the attached memorandum of law.

///

///

///

DATED this 21st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 21, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden