M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DERRICK LORENZO STEVENSON,<br><br>          Defendant. | Case No. 4:06-cr-0025-TWH<br><br>**MOTION FOR EVIDENTIARY HEARING REGARDING DEFENDANT'S MOTION TO SUPPRESS** |

      Defendant, Derrick Lorenzo Stevenson, by and through counsel M. J. Haden, Staff Attorney, moves this court for an evidentiary hearing regarding Mr. Stevenson's motion to suppress evidence, filed at Docket No. 14.

      Mr. Stevenson seeks an evidentiary hearing in which the government must carry its substantial burden of showing the constitutionality of the initial warrantless stop of his vehicle, as well as the following warrantless search.

      Mr. Stevenson asks that the court schedule a hearing on this matter at a time convenient to the court and counsel.

DATED this 21st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 21, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden