UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DERRICK LORENZO STEVENSON,<br><br>   Defendant. | Case No. 4:06-cr-0025-TWH<br><br>**PROPOSED ORDER SETTING<br>EVIDENTIARY HEARING** |

   After due consideration of defendant's motion for evidentiary hearing, the court GRANTS the motion. An evidentiary hearing is scheduled for _____, 2006, at _____ a.m./p.m., before the Honorable Terrance W. Hall, in Fairbanks, Alaska.

   DATED _____, 2006, in Fairbanks, Alaska.

                _____
                    Terrance W. Hall
                 United States Magistrate Judge