**Nelson Cohen**
**United States Attorney**

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**
**Eve.zamora@us.army.mil**

**Attorneys for the Plaintfiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 4:06-cr-00025-TWH** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO DISMISS** |
| ) | |
| **DERRICK STEVENSON** ) | |
| ) | |
| Defendant. ) | |

_____

    COMES NOW the Plaintiff, United States of America by and through the United States Attorney and moves to dismiss without prejudice pursuant to Fed. R. Crim. 48(a).

    RESPECTFULLY SUBMITTED this 28th day of August 2006.

                                          EVE C. ZAMORA

                                          s/ Eve C. Zamora
                                          Eve C. Zamora
                                          Special Assistance U. S. Attorney
                                          101 12th Avenue, Room 310
                                          Fairbanks, Alaska 99701
                                          Telephone: (907) 353-6561-6510
                                          Fax: (907) 353-6501
                                          Email: eve.zamora@us.army.mil
                                          MN Bar: 0297859

**CERTIFICATE OF SERVICE**

I certify that on August 28 2006,
a copy of this SUPERCEDING INFORMATION
was served electronically on:

M.J. Haden, Esq.


/s/ Eve C. Zamora