**Nelson Cohen**
**United States Attorney**

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**
**Eve.zamora@us.army.mil**

**Attorneys for the Plaintiff**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 4:06-cr-00025-TWH** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DERRICK STEVENSON** | ) | |
| | ) | |
| Defendant. | ) | |

_____

    IT IS HEREBY ORDERED that pursuant to Plaintiff, United States' Motion to Dismiss the above case is dismissed without prejudice.

    DATED this_____ day of _____ 2006 at Fairbanks, Alaska.

                                                                _____
                                                                 United States Magistrate Judge