Nelson Cohen
United States Attorney

Eve C. Zamora
Special Assistance U. S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6561-6510
Fax: (907) 353-6501
MN Bar: 0297859
Eve.zamora@us.army.mil

Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:06-cr-00025-TWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DERRICK STEVENSON | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY ORDERED that pursuant to Plaintiff, United States' Motion to Dismiss the above case is dismissed without prejudice.

   DATED this 29 day of August 2006 at Fairbanks, Alaska.

_____
United States Magistrate Judge