UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )   Case No. 4:06-cr-00025-TWH
v.                              )
                                )
DERRICK L. STEVENSON,           )
                                )
          Defendant.            )
_____)


                        **JUDGMENT OF DISCHARGE**
                          FED.R.CRIM.P. 32(k)(1)

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

     __XX__ The court has granted the motion of the government for dismissal without prejudice;

of the offense(s) of Simple Possession of a Controlled Substance as charged in count(s) 1 of the Information.

     **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

     **DATED** at Fairbanks, Alaska, this  1  day of September, 2006.




                                TERRANCE W. HALL
                                United States Magistrate Judge


[]{DISCHARG.WPD*Rev.07/03}